**Erwin JONES, Appellant,**

v.

**BOARD OF POLICE COMMISSIONERS OF KANSAS CITY, Missouri, Respondent.**

**No. WD 49246.**

Missouri Court of Appeals,
Western District.

March 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 1995.

Samuel I. McHenry, Kansas City, for appellant.

Dale H. Close, Kansas City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM:

Erwin Jones appeals from the judgment of the circuit court affirming the decision of the Kansas City Board of Police Commissioners revoking Jones' commission to work as a private security officer. Jones contends that, under § 561.016 RSMo 1994, the Board was required to consider his application for a commission, even though he had several prior convictions of serious felonies. We affirm. Rule 84.16(b).